**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1097**

_____

EDWIN ANTONIO MIRANDA-MENDEZ,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

_____

On Petition for Review of an Order for the Board of Immigration Appeals.

_____

Submitted:  December 3, 2024                   Decided:  December 10, 2024

_____

Before NIEMEYER, AGEE, and BERNER, Circuit Judges.

_____

Petition denied in part, dismissed in part by unpublished per curiam opinion.

_____

**ON BRIEF:**  John E. Gallagher, Catonsville, Maryland, for Petitioner.  Brian M. Boynton, Principal Deputy Assistant Attorney General, John S. Hogan, Assistant Director, Todd J. Cochran, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edwin Antonio Miranda-Mendez, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen and declining to reopen sua sponte. Upon review, we find no abuse of discretion in the denial of Miranda-Mendez's untimely motion. *See Mosere v. Mukasey*, 552 F.3d 397, 400 (4th Cir. 2009) (reviewing denial of motion to reopen as untimely for abuse of discretion). Further, we lack jurisdiction to review the Board's refusal to exercise its sua sponte authority to reopen. *See Lawrence v. Lynch,* 826 F.3d 198, 206 (4th Cir. 2016); *Mosere,* 552 F.3d at 400-01.

We therefore deny in part, and dismiss in part, Miranda-Mendez's petition for review. *In re Miranda-Mendez* (B.I.A. Dec. 29, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED IN PART, DISMISSED IN PART*